598

expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20-17.

146 A.3d 1244

IN THE MATTER OF HUGO L. MORAS, AN ATTORNEY
AT LAW (ATTORNEY NO. 002111975)

October 14, 2016

ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 15-355, recommending on the record certified to the Board pursuant to *Rule* 1:20-4(f) (default by respondent), that **HUGO L. MORAS**, formerly of **SOUTH ORANGE**, who was admitted to the bar of this State in 1975, and who has been suspended from the practice of law since March 13, 2013, be disbarred for violation of *RPC* 1.4(b)(failure to communicate with client), *RPC* 1.5(b)(failing to set forth in writing the rate or basis of the fee), *RPC* 1.5(c)(failure to prepare a written fee agreement in a contingent fee case), *RPC* 1.16(d)(failure to protect a client's interests on termination of the representation), and *RPC* 8.1(b)(failure to cooperate with disciplinary authorities);

And **HUGO L. MORAS** having failed to appear on the Order directing him to show cause why he should not be disbarred or otherwise disciplined;

And good cause appearing;

It is ORDERED that **HUGO L. MORAS** be disbarred, effective immediately, and that his name be stricken from the roll of attorneys;

ORDERED that **HUGO L. MORAS** be and hereby is permanently restrained and enjoined from practicing law; and it is further

ORDERED that all funds, if any, currently existing or hereinafter deposited in any New Jersey financial institution maintained by **HUGO L. MORAS** pursuant to *Rule* 1:21-6 be restrained from disbursement except on application to this Court, for good cause shown, and shall be transferred by the financial institution to the Clerk of the Superior Court, who is directed to deposit the funds in the Superior Court Trust Fund pending the further Order of this Court; and it is further

ORDERED that **HUGO L. MORAS** comply with *Rule* 1:20-20 dealing with disbarred attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20-17.